IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 11-07844 ESL |
| ANA S ABREU CLASS | Chapter 13 |
| XXX-XX-7637 | |
| | FILED & ENTERED ON 09/19/2011 |
| Debtor(s) | |

## NOTICE OF HEARING FOR CONTINUATION OF THE AUTOMATIC STAY

On 09/17/2011, debtor filed a motion for continuation of the automatic stay as to debtor (docket entry #6). In accordance with PR LBR 4001-5, if an objection is timely filed, a hearing will be held on 10/11/2011 at 09:00 A.M. at US POST OFFICE AND COURTHOUSE BLDG, 300 RECINTO SUR STREET, COURTROOM 2 SECOND FLOOR, SAN JUAN, PR. If no objection is filed within fourteen (14) days, the hearing may be vacated.

San Juan, Puerto Rico, this 19 day of September, 2011.

MARIA DE LOS ANGELES GONZALEZ
Clerk of the Court

BY: MARITZA FEIJOO GONZALEZ
Deputy Clerk

CC: All Creditors