# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: ANA S ABREU CLASS

Bkrtcy. No. 11-07844-ESL

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Sep 15, 2011
Meeting Date: Oct 19, 2011
DC Track No. 16

Days from petition date: 34
Meeting Time: 11:00 AM

910 Days before Petition: 3/19/2009
☐ Chapter 13 Plan Date: Sep 15, 2011 Dkt.# 2 ☐ Amended.

This is debtor(s) 3rd Bankruptcy petition.
Plan Base: $20,100.00

This is the 1 Scheduled Meeting
Confirmation Hearing Date: Nov 16, 2011 Time: 2:00 PM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. | Date | Amount | Total Paid In: $0.00

### I. Appearances:
☐ Telephone ☐ Video Conference
☒ Debtor Present ☒ ID & Soc. OK ☐ Debtor Absent
☐ Joint Debtor Present ☒ ID & Soc. OK ☐ Joint Debtor Absent
Debtor(s) was/were ☒ Examined ☐ Not Examined under oath.
Attorney for Debtor(s) ☒ Present ☐ Not Present
☐ Substitute attorney: Juan Calderon Pro-se

☒ Creditor(s) present: None.

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: JUAN O CALDERON LITHGOW*
Total Agreed: $3,000.00  Paid Pre-Petition: $100.00  Outstanding: $2,900.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:
☐ For Failure to appear; ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☒ Under ☐ Above Median Income.
Liquidation Value: $7,146.00
Commitment Period is ☒ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: _____

The Trustee ☐ RECOMMENDS ☒ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: _____

### V. Trustee's OBJECTIONS to Confirmation: Social security recipient
☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

### ADDITIONAL OBJECTIONS / COMMENTS:
1) Submit to Trustee evidence of income Social security recipient 2005 and family help.
2) Must submit payment within 10 days or MTD.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 2

Date: Oct 19, 2011

**ADDITIONAL OBJECTIONS / COMMENTS:**

(3) Must submit evidence of payment of Mortgage to Cooperativa Calmuy

(4) Submit form SC2781 since debtor receives social security benefits since 2005.

Trustee / Presiding Officer    Page 2 of 2    Date: Oct-19, 2011